



**RECEIVED**

JUN 05 2023

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

# A COMPLAINT UNDER THE CIVIL RIGHTS ACT,

## 42 U.S.C. § 1983

### UNITED STATES DISTRICT COURT

23-cv-0758 Sec P

Western DISTRICT OF LOUISIANA

Jamie Roberson

721350

**Inmate (DOC) Number**

**VERSUS**

(Natchitoches Parish Dentention
Center) R.N. W. Clark, Warden
Childress, Major Henson

Instructions for Filing Complaint by Prisoners

Under the Civil Rights Act, 42 U.S.C. § 1983

This packet includes copies of a complaint from and one copy of the pauper affidavit.

**IF YOU ARE A PARISH PRISONER,** you must file an original copy of your complaint for defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

**IF YOU ARE A D.O.C. PRISONER,** you must file and original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service addresses for <u>each</u> defendant no longer employed by the Department of Public Safety and Corrections.

<u>**All copies of the complaint must be identical to the original.**</u>

The names of **<u>all parties</u>** must be listed in the caption and part III of the complaint **<u>exactly the same</u>**.

In order for this complaint to be filed, it must be accompanied by the filing fee of $120.00. In addition, the United States Marshall will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit and obtain the signature of an authorized officer certifying the money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee of 20% of the average monthly deposits and thereafter, prison officials shall be ordered to forward monthly payments of 20% from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District court for the District you are filing in. For example: Clerk of Court, Middle District of Louisiana, P.O. Box 2630, Baton Rouge, LA, 70821.

I.     **Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( )
No (✗)

B. If you answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
Plaintiff(s): _____

_____

Defendant(s): _Natchitoches Parish Detention Center_

_____

2. Court (if federal court, name the district; if state court, name the parish):

_____

_____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

_____

5. Disposition (for example: Was case dismissed? Was it appealed? Is it still pending?): _____

_____

6. Date of filing lawsuit: _____

7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted? Yes ( )    No ( )

## II. Place of Confinement: Natchitoches Parish Detention Center

A. Is there a prisoner grievance procedure at this institution? Yes (●) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (●)   No ( )

C. If your answer is yes:

1. Identify the administrative procedure number(s) in which the claims raised in this complaint were addressed. _13,678,526 ; 13,884,661 ; 13,920,615 ; 13,936,723 ; 13,941,638_

2. What steps did you take? _Sick call, Sick call, Sick call, Sick call, Grievance_

3. What was the result? _I would be placed on Dental list_

D. If your answer is no, explain why not: _____

_____

## III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s): Jamie Roberson

Address: 299 Edwina Dr Natchitoches, LA 71457

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions and places of employment of any additional defendants.

B. Defendant K. Childress, W. Clark is employed as the LPN and RN at Natchitoches Parish Detention Center

C. Additional defendants: Mrs L. George, Major Henson

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Ref # | Type: | Date Filed | Time

1) 13,678,526 Sick call 11-30-2022 01:04:35 am
Reason: Bad toothache on both sides of mouth
Response: by LPN K. Childress gave tylenol x6 packs
the dentist list is very long

2) Ref # 13,884,666 Type: Sick call, Date Filed 12/20/2022 Time: 08:11:44am
Reason: Toothache real bad on right side
Response: by LPN K Childress @8:34 am gave TBU x10 tabs
will add to dentist list

Attachment. 1

IV. Statement of Claim

3) Ref #13,920,615 , Type: Sick call , Date Filed: 12/23/2022
time: 12:55:26 pm
Reason: Non Asprin please tooth is aching real bad!!
Response: by LPN K. Childress @1:15 pm gave
    tylenol X6 packs

4) Ref #13,936,723 Type: Sick call  Date Filed: 12/26/2022
time: 07:05:51 am
Reason: Neck is swollen due to tooth infection
    hard for me to eat, head is pounding
Response: by Mrs L. George @ 7:56 am gave
    tylenol X6 packs


Medical Administrative Remedy
    Grievance

| Ref # | Name | ID | Date | Housing Area |
|---|---|---|---|---|
| 13,941,638 | Jamie Roberson | 4035 | 12/26/22 | H-Dorm |

Reason: I have recently written medical asking for
medical attention. I haven't seen a doctor and the
facility have been giving me generic tylenol and orajel
isn't helping the pain I'm suffering from nor the
infection. I can't wait the month or two to see
a dentist and continue to go through the
hardly eating or drinking and barely sleeping
due to the severity of the pain. I am writing
this grievance in hopes to see the doctor
and have an acceptable remedy for the

Attachment 2

IV. Statement of Claim

Suffering I'm going through thank you!

Response: by R.N. W. Clark on 12/27/2022 @ 11:24am
        Mr. Roberson you have been added to
        the Dental list

The evening of the 27th of December 2022
all the inmates in H-Dorm came together to get
me Jamie Roberson medical attention that I
was being denied nurse K. Childress was on
call. Lt Boring took a picture of my face
and how swollen It was and sent It to LPN
Childress who said she knows about It and will
deal with It tomorrow that night I was denied
immediate medical attention the next morning
K. Childress decided I needed to go to the
hospital at NRMC the same day 12/28/2022
the doctor at Natchitoches Regional Medical
Center advised I needed Emergency Oral Surgery.
It took two days to find a hospital that would
accept me. University Medical Center in New Orleans,
Louisiana accepted me. In those two days
Natchitoches Parish Detention Center decided to
OR me. but I had a parole hold. The Reason
for the OR was so I could seek medical attention
quicker to avoid the medical cost of Surgery.

Attachment: 3

IV.  Statement of Claim

My Condition could have Cost me my life
NRMC doctors verified. All this could
have been avoided had I been able to
see a doctor rather than relying on an
L.P.N or R.N. I suffered needlessly for
this facility Staff's Complete disregard
and unprofessionalism for my condition
and Suing for the reason which has
caused me Severe PTSD, nerve damage
in my Jaw, scars and constant mouth
aches for something that could have
been prevented with proper medical treatment.

## V.    Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.  Attach no exhibits.

To make sure in the future that all inmates in this facility get better care from nurses. Due to me almost losing my life and having PTSD along with nerve damage and scars I'm requesting to sue the jail for $500,000 for all the suffering It has caused me. Also I would like for LPN K. Childress, Mrs L George, RN W. Clark and Mayor Henson to be notified of this procedure thats about to take place.

_____

_____

_____

_____

## VI.    Plaintiff's Declaration

1.   I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2.   I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee, and any cost assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 22 day of May , 20 23 .

_____

Signature of Plaintiff(s)