UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMIE ROBERSON #721350 | CASE NO. 1:23-CV-00758 SEC P |
| VERSUS | JUDGE DEE D. DRELL |
| NATCHITOCHES PARISH DETENTION CENTER ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

### ORDER

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that plaintiff has failed to apprise the court of a change of the mailing address provided to the court for mailing of notices and Plaintiff has failed to show good cause for this deficiency. Accordingly,

**IT IS ORDERED** that this action be dismissed in its entirety for failure of the Plaintiff to keep the court apprised of a change of the mailing address.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (Doc. No. 15) be and is hereby denied as **MOOT** and this case **CLOSED**.

THUS DONE AND SIGNED on the 24th day of July 2024, in Alexandria, Louisiana.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT